# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES HUNTER,**

      **Plaintiff,**

**v.**                                            **Case No: 6:17-cv-912-Orl-31TBS**

**NAVIENT SOLUTIONS, LLC,**

      **Defendant.**

## ORDER

Upon consideration of the Joint Stipulation Staying and Referring Case to Arbitration (Doc. 23) which the Court construes as a motion, it is

**ORDERED** that the Motion is GRANTED. This case is STAYED pending arbitration, and administratively closed. The parties shall file a status report on December 31, 2017, and quarterly thereafter.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 11, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party